UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BINYAMIN I. EFREOM,
et al.,
    Plaintiffs,

  v.

C.A. No. 20-122 WES

DANIEL J. McKEE, in his capacity as Governor
of Rhode Island, et al.,
    Defendants.

## **JUDGMENT**

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Memorandum and Order entered on April 15th, 2021 by this Court.

                                                Enter:

                                                /s/ Ryan H. Jackson

                                                Deputy Clerk

Dated: April 15th, 2021